IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:15CR202-1
:
KEVIN DANIEL BALL :

The Grand Jury charges:

From on or about November 1, 2013, continuing up to and including on or about April 3, 2015, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, KEVIN DANIEL BALL knowingly did receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by

any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

A TRUE BILL:

███████████████████

_____
ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY

_____
ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

2